■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAGENE POWELL, Also Known as RAGENE POWELL-DICKERSON,

Appellant. [53 NYS3d 839]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered May 13, 2013, convicting him of murder in the first degree, criminal possession of a weapon in the second degree, and conspiracy in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that the testimony of the defendant's accomplices was sufficiently corroborated (*see* CPL 60.22 [1]; *People v Reome*, 15 NY3d 188, 194 [2010]; *People v Echols*, 144 AD3d 702, 702 [2016]; *People v Sudhan*, 83 AD3d 874, 874 [2011]), and was legally sufficient to establish the defendant's guilt of all the crimes of which he was convicted beyond a reasonable doubt (*see People v Danielson*, 9 NY3d 342, 349 [2007]; *People v Bleakley*, 69 NY2d 490, 495 [1987]).

Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d at 348-349), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d at 495). Upon reviewing the record here, we are satisfied that the verdict of guilt as to all the crimes was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]; *People v Pelosi*, 128 AD3d 733, 734 [2015]).

The contention raised in the defendant's pro se supplemental brief is unpreserved for appellate review, and in any event, without merit. Balkin, J.P., Hall, Sgroi and Barros, JJ., concur.